# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES KEEL,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 1:17-cv-01522-SAB<br><br>ORDER REQUIRING PLAINTIFF TO NOTIFY COURT OF STATUS OF SERVICE<br><br>(ECF No. 3) |

       On November 14, 2017, Plaintiff Charles Keel ("Plaintiff") filed a complaint in this action. On November 15, 2017, the summons and scheduling order issued. (ECF Nos. 2, 3.) Pursuant to the scheduling order, unless other provision is made pursuant to an application to proceed in forma pauperis, appellant is required to effect service within twenty days of filing the complaint and file a return of service with this court. More than twenty days have passed and Plaintiff has not filed a return of service with the Court, nor does the record reflect that service was referred to the United States Marshall.

       Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file a notice within five (5) days informing the Court of the status of service on Defendant in this action. Plaintiff is advised that failure to file a notice in compliance with this order will result in the recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **December 8, 2017**

UNITED STATES MAGISTRATE JUDGE

1